# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Matthew McGoldrick

    Plaintiff(s)

v.

City of Woodbury, et al

    Defendant(s)

Civil Action No. 1:23-cv-00385 RBK-SA

Hon. Robert Kugler

**JOINT PROPOSED DISCOVERY PLAN**

1. Set forth the name of each attorney appearing, the firm name, address and telephone number and facsimile number of each, designating the party represented.
   Harry J. Kane, Jr., Esquire of Weir Greenblatt Pierce LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA  19107, Attorneys for Plaintiff, Matthew McGoldrick.

   James R. Birchmeier, Esq of Birchmeier & Powell, 1891 State Highway 50, P.O. Box 582, Tuckahoe, NJ  08250, Attorneys for Defendant, City of Woodbury.

2. Set forth a brief description of the case, including the causes of action and defenses asserted.  Plaintiff alleges the use of excessive force by the Defendant police.
   The Defendant denies the allegations contained in the Complaint.

3. Have settlement discussions taken place?  Yes ___     ___No ___✔___

   (a) What was plaintiff's last demand?
       (1) Monetary demand: $ _____
       (2) Non-monetary demand: _____

   (b) What was defendant's last offer?
       (1) Monetary offer:  $ _____
       (2) Non-monetary offer: _____

4. The parties [have ___✔___ have not _____ met pursuant to <u>Fed. R. Civ. P.</u> 26(f):

1

5. The parties [have ____ have not _✓____] exchanged the information required by Fed. R. Civ. P. 26(a)(1). If not, state the reason therefor. The parties are still gathering information.

6. Explain any problems in connection with completing the disclosures required by Fed R. Civ. P. 26(a)(1)   None

7. The parties [have __✓__ have not _____] conducted discovery other than the above disclosures. If so, describe.

8. Proposed joint discovery plan:

    (a) Discovery is needed on the following subjects: Liability and damages

    (b) Discovery [should _____ should not __✓___] be conducted in phases or be limited to particular issues. Explain.

    (c) Proposed schedule:

    (1) Fed. R. Civ. P. 26 Disclosures  4/25/23

    (2) E-Discovery conference pursuant to L. Civ. R. 26.1(d)  4/25/23.

    (3) Service of initial written discovery  4/25/23.

    (4) Maximum of  25  Interrogatories by each party to each other party.

    (5) Maximum of  4  depositions to be taken by each party.

    (6) Motions to amend or to add parties to be filed by  5/15/23.

    (7) Factual discovery to be completed by  7/25/23.

    (8) Plaintiff's expert report due on  7/25/23.

    (9) Defendant's expert report due on  8/25/23.

    (10) Expert depositions to be completed by  9/25/23.

    (11) Dispositive motions to be served within  30  days of completion of discovery.

    (d) Set forth any special discovery mechanism or procedure requested.
    None requested

2

    (e)    A pretrial conference may take place on __TBD__.

    (f)    Trial date: _____ ( ✓ Jury Trial; ___ Non-Jury Trial).

9. Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of-state witnesses or documents, etc)? Yes ___ No ✓ .
If so, please explain.

10. Do you anticipate any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced?
Yes ___ No ✓ .
If so, how will electronic discovery or data be disclosed or produced? Describe any agreements reached by the parties regarding same, including costs of discovery, production, related software, licensing agreements, etc.

11. Do you anticipate any discovery problem(s) not listed above?
Yes ___ No ✓ .

12. State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise) or mediation (pursuant to Local Civil Rule 301.1 or otherwise). If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).
Arbitration may be appropriate after Discovery

13. Is this case appropriate for bifurcation? Yes ___ No ✓ 

14. An interim status/settlement conference (with clients in attendance), should be held in _____.

15. We [do ✓  do not ___] consent to the trial being conducted by a Magistrate Judge.

16. Identify any other issues to address at the Rule 16 Scheduling Conference.
None known at this time

                            Harry J. Kane, Jr.
                            Attorney(s) for Plaintiff(s)

                            James Birchmeier
                            Attorney(s) for Defendant(s)