| | LAW OFFICES | |
|---|---|---|
| JOHN-PAUL MADDEN * | **MADDEN & MADDEN** | JAMES J. MADDEN |
| MATTHEW P. MADDEN | | •MICHAEL P. MADDEN |
| MICHAEL V. MADDEN * | A PROFESSIONAL CORPORATION | OF COUNSEL |
| TIMOTHY R. BIEG * | | |
| REGINA M. PHILIPPS * | | • RULE 1:40 QUALIFIED MEDIATOR |
| JAMES R. BIRCHMEIER † | | † CERTIFIED BY THE SUPREME COURT |
| EDWARD N. ROMANIK | | OF NJ AS A CIVIL TRIAL ATTORNEY |
| MARK W. STRASLE * | | * MEMBER OF NJ AND PA BAR |
| ROBIN J. GOTTILLA | WWW.MADDENMADDEN.COM | ▫ MEMBER OF NJ AND NY BAR |
| DAVID E. MADDEN ▫ | | |

Our File No. 14,226J                                   August 9, 2024

Honorable Sharon A. King, U.S.M.J.
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
4th and Cooper Streets
Camden, NJ 08101

**Re:   Matthew McGoldrick v. City of Woodbury**
         Case No.  1:23-cv-00385 RBK/SAK

Dear Judge King:

As the Court is aware, this office has been retained to represent the interest of the defendants, City of Woodbury and Officer Corrinne C. Byerley.    Pursuant to Your Honor's instructions, please allow this letter to serve as a status report with respect to the Order administratively terminating this action.

Our office has been in contact with the Washington Township Municipal Court and, to date, the criminal charge/charges issued against the plaintiff have not been resolved. We were informed by the Court staff that a "Holup" Order has been entered and the case has been re-listed sometime in September, 2024.

If Your Honor requires any additional information, please feel free to contact our office.

Respectfully submitted,
**MADDEN & MADDEN, P.A.**

*James R. Birchmeier*
JAMES R. BIRCHMEIER
jbirchmeier@maddenmadden.com
JRB/amt
cc:     Harry J. Kane, Jr., Esquire

---

**HADDONFIELD OFFICE**
108 KINGS HIGHWAY EAST, SUITE 200, P. O. BOX 210
HADDONFIELD, NJ 08033
PHONE 856-428-9520 |  FAX 856-428-7335

**TUCKAHOE OFFICE**
1891 STATE HIGHWAY 50, P. O. BOX 582
TUCKAHOE, NEW JERSEY 08250
PHONE 609-628-3414|  FAX 609-628-2966

June 27, 2024
Page 2

**HADDONFIELD OFFICE**
108 KINGS HIGHWAY EAST, SUITE 200
HADDONFIELD, NJ 08033
PHONE 856-428-9520 | FAX 856-428-7335

**TUCKAHOE OFFICE**
1891 STATE HIGHWAY 50
TUCKAHOE, NEW JERSEY 08250
PHONE 609-628-3414 | FAX 609-628-2966